# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Zachary Bostick individually and on behalf of himself
and all others similarly situated

*Plaintiff*

**V.**

See Attachment

*Defendant*

**Civil Action No.**    26cv1444-H-VET

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

First Century Bank
121 Pottersville Court
Jefferson, GA 30549

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victor James Sandoval
3415 South Sepulveda Suite 1121
Los Angeles, CA 90034
559-760-6662

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:         3/6/26



John Morrill
*CLERK OF COURT*
S/         A. Hazard

*Signature of Clerk or Deputy Clerk*

AO 441   Summons in a Civil Action

(Page 2)

Civil Action No. ___26cv1444-H-VET___                    Date Issued: ___3/6/26___

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* First Century Bank

was received by me on *(date)* March 9, 2026   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* Kerry Pitts, Branch Manager, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

___First Century Bank_____ on *(date)* March 13, 2026; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3-14-2026

Paulette Thompson
Server's Signature

Paulette Thompson
Printed name and title

121 Pottersville Ct. Jefferson, GA 30549
Server's address

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

**Civil Action No.**    26cv1444-H-VET

Intuit Inc. d/b/a TurboTax, Intuit TT Offerings, Inc., CK Progress Inc. d/b/a Credit Karma, MVB Bank, Inc., First Century Bank, N.A., Santa Barbara Tax Products Group, LLC, and Green Dot Bank.