# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY BOSTICK, individually and on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INTUIT, INC. d/b/a TURBOTAX; INTUIT TT OFFERINGS, INC.; CK Progress, Inc. d/b/a CREDIT KARMA; MVB BANK, INC.; FIRST CENTURY BANK, N.A.; SANTA BARBARA TAX PRODUCTS GROUP, LLC; and GREEN DOT BANK <br><br> Defendants. | Case No.: 3:26-cv-01444-H-VET <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** <br><br> [Doc. No. 13] |

On March 25, 2026, Plaintiff Zachary Bostick and Defendants Intuit, Inc.; Intuit TT Offerings Inc.; CK Progress, Inc.; First Century Bank, N.A.; Santa Barbara Tax Products Group, LLC; and Green Dot Bank filed a joint motion to extend Defendants' time to respond to the complaint. (Doc. No. 13.) For good cause shown, the Court grants the joint motion. Defendants must answer or otherwise respond to Plaintiff's complaint on or before **May 15, 2026**.

**IT IS SO ORDERED.**

DATED: March 26, 2026

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1

3:26-cv-01444-H-VET