EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
RICHARD E. GOTTLIEB (SBN 289370)
rgottlieb@glaserweil.com
ALEXANDER R. MILLER (SBN 294474)
amiller@glaserweil.com
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, California 92101
Telephone: (619) 765-4380
Facsimile: (619) 483-0646

*Attorneys for Defendants*
SANTA BARBARA TAX PRODUCTS GROUP, LLC and GREEN DOT BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ZACHARY BOSTICK, individually and on behalf of himself and all others similarly situated,

Plaintiff,

v.

INTUIT, INC. d/b/a TURBOTAX, INTUIT TT OFFERINGS, INC., CK PROGRESS, INC. d/b/a CREDIT KARMA LLC, MVB BANK, INC., FIRST CENTURY BANK, N.A., SANTA BARBARA TAX PRODUCTS GROUP, LLC, and GREEN DOT BANK,

Defendants.

Case No. 3:26-cv-1444-H-VET

Hon. Marilyn L. Huff
Courtroom 12A

**DEFENDANTS SANTA BARBARA TAX PRODUCTS GROUP, LLC'S AND GREEN DOT BANK'S NOTICE OF MOTION AND MOTION TO DISMISS**

*[Filed concurrently with Memorandum of Points and Authorities]*

Judge: Hon. Marilyn L. Huff
Place: Courtroom 12A
Date: September 14, 2026
Time: 10:30 a.m.

Glaser Weil

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 14, 2026, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the United States District Court for the Southern District of California, Courtroom 12A, located at 333 West Broadway, San Diego, California 92101, defendants Santa Barbara Tax Products Group, LLC ("SBTPG") and Green Dot Bank ("Green Dot") (collectively, the "Green Dot Defendants"), by and through their undersigned counsel, will and hereby do move pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss all claims asserted against them in the complaint filed by plaintiff Zachary Bostick ("Plaintiff").

The Green Dot Defendants hereby join in the motions to dismiss concurrently filed by defendants Intuit Inc., Intuit TT Offerings, Inc., and CK Progress, Inc. (collectively, the "Intuit Defendants") and First Century Bank, N.A. ("FCB"). Additionally, the Green Dot Defendants separately move for dismissal of all claims against them with prejudice on the grounds that: (1) Plaintiff does not plausibly allege that either SBTPG or Green Dot was a "creditor" that extended "consumer credit" to Plaintiff under the Military Lending Act, 10 U.S.C. § 987 *et seq.* ("MLA"), or otherwise engaged in conduct giving rise to MLA liability; (2) his account-access claim fails also because Plaintiff alleges a temporary tax-refund account, not the use of a borrower-maintained account as security; (3) his excessive-MAPR claim fails also because Plaintiff does not allege that either of the Green Dot Defendants imposed any charges for credit; and (4) his waiver claim fails also because neither of the Green Dot Defendants has asserted or sought to enforce any waiver by or against Plaintiff.

This motion is based on this notice of motion, the accompanying memorandum of points and authorities, the motions to dismiss filed by the Intuit Defendants and FCB, all pleadings and papers filed in this matter, and such further material or argument as

may be offered or considered at the time of the hearing on this motion and the motions of the Intuit Defendants and FCB.

Respectfully submitted,

DATED: May 15, 2026

GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
Emil Petrossian
Richard E. Gottlieb
Alexander R. Miller

By: */s/ Emil Petrossian*
Emil Petrossian
*Attorneys for Defendants*
SANTA BARBARA TAX PRODUCTS GROUP, LLC and GREEN DOT BANK

Glaser Weil