LEHOTSKY KELLER COHN LLP
Serena Orloff, Bar No. 260888
    serena@lkcfirm.com
Jonathan F. Cohn, (*pro hac vice* pending)
    jon@lkcfirm.com
Steven P. Lehotsky, (*pro hac vice* forthcoming)
    steve@lkcfirm.com
Rick W. Eberstadt, (*pro hac vice* forthcoming)
    rick@lkcfirm.com
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
Telephone:   (512) 693-8350
Facsimile:   (512) 727-4755

*Attorneys for Defendant*
*MVB Bank, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY BOSTICK, individually and on behalf of himself and all others similarly situated, | Case No. 3:26-CV-01444-H-VET |
| Plaintiff, | **DEFENDANT MVB BANK, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| INTUIT, INC. d/b/a TURBOTAX, INTUIT TT OFFERINGS, INC., CK PROGRESS, INC. d/b/a CREDIT KARMA LLC, MVB BANK, INC., FIRST CENTURY BANK, N.A. SANTA BARBARA TAX PRODUCTS GROUP, LLC, and GREEN DOT BANK, | |
| Defendants. | |

**CORPORATE DISCLOSURE STATEMENT:**

Pursuant to Local Rule 40.2 and Federal Rule of Civil Procedure 7.1, Defendant MVB Bank, Inc., states that its parent company MVB Financial Corp. is a publicly held corporation (NASDAQ: MVBF) and owns 100% of MVB's stock.

Dated: May 15, 2026                    LEHOTSKY KELLER COHN LLP


By: /s/ Serena Orloff
    Serena Orloff

*Attorney for Defendant*
*MVB Bank, Inc.*