Sean R. Higgins (Massachusetts State Bar No. 659105)
*Pro Hac Vice*
Sean.Higgins@klgates.com
K&L GATES LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Telephone: (617) 261-3128
Facsimile: (617) 261-3175

Kevin S. Asfour (SBN 228993)
Kevin.Asfour@klgates.com
Jacob R. Winningham (SBN 357987)
Jacob.Winningham@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Attorneys for Defendant
FIRST CENTURY BANK, N.A.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY BOSTICK, individually and on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>INTUIT, INC. d/b/a TURBOTAX, INTUIT TT OFFERINGS, INC., CK PROGRESS, INC. d/b/a CREDIT KARMA LLC, MVB BANK, INC., FIRST CENTURY BANK, N.A., SANTA BARBARA TAX PRODUCTS GROUP, LLC, and GREEN DOT BANK,<br><br>*Defendants*. | Case No. 3:26-cv-01444-H-VET<br><br>**DEFENDANT FIRST CENTURY BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT** |

**CORPORATE DISCLOSURE STATEMENT**
**CASE NO. 3:26-CV-01444-H-VET**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to S.D. Cal. Local Rule 40.2 and Federal Rule of Civil Procedure 7.1, Defendant First Century Bank, N.A. ("FCB") makes the following disclosure: FCB's parent company is First Century Bancorp.  No publicly held corporation owns 10% or more of FCB's stock.  First Century Bancorp, which is not a publicly held corporation, owns 100% of FCB.

Dated: May 18, 2026            **K&L GATES LLP**

By: */s/ Jacob R. Winningham*
    Jacob R. Winningham
    Sean R. Higgins
    Kevin S. Asfour

Attorneys for Defendant
 FIRST CENTURY BANK, N.A.