GIBSON, DUNN & CRUTCHER LLP
AUSTIN SCHWING, SBN 211696
  aschwing@gibsondunn.com
SEAN HOWELL, SBN 315967
  showell@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:  415.393.8200
Facsimile:   415.393.8306

LAUREN BLAS, SBN 296823
  lblas@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

*Attorneys for Defendants Intuit Inc., Intuit TT Offerings, Inc., and CK Progress, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY BOSTICK, individually and on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>INTUIT, INC. d/b/a TURBOTAX, INTUIT TT OFFERINGS, INC., CK PROGRESS, INC. d/b/a CREDIT KARMA LLC, MVB BANK, INC., FIRST CENTURY BANK, N.A. SANTA BARBARA TAX PRODUCTS GROUP, LLC, and GREEN DOT BANK,<br><br>*Defendants.* | CASE NO. 3:26-CV-01444-H-VET<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST BY DEFENDANTS INTUIT INC., INTUIT TT OFFERINGS INC., AND CK PROGRESS, INC.** |

Gibson, Dunn & Crutcher LLP

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, Defendants Intuit Inc., Intuit TT Offerings Inc., and CK Progress, Inc. state as follows:

Intuit TT Offerings Inc. and CK Progress, Inc. are wholly owned subsidiaries of Intuit Inc. Intuit Inc. has no parent corporation and no publicly held corporation owns 10% or more of Intuit's stock.

Dated: May 18, 2026

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Austin Schwing*
       Austin Schwing

*Attorneys for Defendants Intuit Inc., Intuit TT Offerings Inc., and CK Progress, Inc.*

NOTICE OF PARTY WITH FINANCIAL INTEREST BY DEFENDANTS INTUIT INC., INTUIT TT OFFERINGS, INC., AND CK PROGRESS, INC.
CASE NO. 3:26-CV-01444-H-VET

Gibson, Dunn & Crutcher LLP