# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY BOSTICK, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT, INC. d/b/a TURBOTAX; INTUIT TT OFFERINGS, INC.; CK Progress, Inc. d/b/a CREDIT KARMA; MVB BANK, INC.; FIRST CENTURY BANK, N.A.; SANTA BARBARA TAX PRODUCTS GROUP, LLC; and GREEN DOT BANK<br><br>Defendants. | Case No.: 3:26-cv-01444-H-VET<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>[Doc. No. 42] |

On May 20, 2026, Plaintiff Zachary Bostick and Defendants Intuit, Inc.; Intuit TT Offerings Inc.; CK Progress, Inc.; First Century Bank, N.A.; Santa Barbara Tax Products Group, LLC; and Green Dot Bank filed a stipulation setting deadlines for Defendants' four Motions to Dismiss.  (Doc. No. 13.)  For good cause shown, the Court grants the joint motion.  Plaintiff must file its opposition to the Motions to Dismiss on or before **July 13, 2026**.  Defendants must file their replies on or before **August 31, 2026**.

**IT IS SO ORDERED.**

DATED:  May 20, 2026

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT