**ALMEIDA LAW GROUP**
Victor J. Sandoval (Cal. Bar #344461)
111 W Ocean Boulevard, Suite 426
Long Beach, CA 90802
T: 916-235-3616
E: victor@almeidalawgroup.com

[additional counsel listed below]

*Attorneys for Plaintiff and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

ZACHARY BOSTICK, individually and on behalf of himself and all others similarly situated,

Plaintiff,

v.

INTUIT, INC. d/b/a TURBOTAX, INTUIT TT OFFERINGS, INC., CK PROGRESS, INC. d/b/a CREDIT KARMA LLC, MVB BANK, INC., FIRST CENTURY BANK, N.A. SANTA BARBARA TAX PRODUCTS GROUP, LLC, and GREEN DOT BANK,

Defendants.

CASE NO. 3:26-CV-01444-H-VET

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Judge: Hon. Marilyn L. Huff

Date: September 14, 2026
Time: 10:30 a.m.
Place: Courtroom 12A
Judge: Hon. Marilyn L. Huff

TO THE COURT, PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Federal Rules of Evidence Rule 201, Plaintiff Zachary Bostick ("Plaintiff") hereby requests that the Court take judicial notice of the following public document in support of his Opposition to Defendants' Motions to Dismiss.

Courts may take judicial notice of court filings and other matters of public record. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006). Accordingly, Plaintiff respectfully requests this Court take judicial notice of the following:

1. Exhibit 1: Attached hereto and incorporated herein is a true and correct copy of Intuit Inc., Annual Report (Form 10-K) for the fiscal year ended July 31, 2024 (filed Sept. 4, 2024), available at: https://www.sec.gov/Archives/edgar/data/896878/000089687824000039/intu-20240731.htm. The filing is publicly available through the SEC's EDGAR database, and its existence and contents are not subject to reasonable dispute. *Cullen v. Ryvyl Inc.*, No. 2024 WL 4536471, at *3 (S.D. Cal. Oct. 21, 2024) ("SEC filings are a matter of public record and therefore are the proper subject of judicial notice."). Plaintiff seeks notice of the filing and the statements it contains, not the truth of any reasonably disputed factual assertion.

2. Exhibit 2: Attached hereto and incorporated herein is a true and correct copy of Intuit Inc., Annual Report (Form 10-K) for the fiscal year ended July 31, 2023, (Sept. 1, 2023) available at:

https://www.sec.gov/Archives/edgar/data/896878/000089687823000034/intu-20230731.htm. The filing is publicly available through the SEC's EDGAR database, and its existence and contents are not subject to reasonable dispute. *Cullen*, 2024 WL 4536471, at *3. Plaintiff seeks notice of the filing and the statements it contains, not the truth of any reasonably disputed factual assertion.

Dated: July 27, 2026

PEIFFER WOLF CARR
KANE CONWAY & WISE LLP

By: /s/ Brandon M. Wise
Brandon M. Wise, *pro hac vice*
bwise@peifferwolf.com
Domenica M. Russo, *pro hac vice*
drusso@peifferwolf.com
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Telephone: 314.833.4827

ALMEIDA LAW GROUP LLC

Victor J. Sandoval, SBN 344461
victor@almeidalawgroup.com
3415 South Sepulveda Boulevard,
Suite 1121
Los Angeles, CA 90034
Telephone: 562.534.5907

David S. Almeida, *pro hac vice*
david@almeidalawgroup.com
849 West Webster Avenue
Chicago, IL 60614
Telephone: 708.529.5418

*Attorneys for Plaintiff*