**ALMEIDA LAW GROUP**
Victor J. Sandoval (Cal. Bar #344461)
111 W Ocean Boulevard, Suite 426
Long Beach, CA 90802
T: 916-235-3616
E: victor@almeidalawgroup.com

[additional counsel listed below]

*Attorneys for Plaintiff and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

ZACHARY BOSTICK, individually and on behalf of himself and all others similarly situated,

Plaintiff,

v.

INTUIT, INC. d/b/a TURBOTAX,
INTUIT TT OFFERINGS, INC.,
CK PROGRESS, INC. d/b/a CREDIT KARMA LLC,
MVB BANK, INC.,
FIRST CENTURY BANK, N.A.
SANTA BARBARA TAX PRODUCTS GROUP, LLC, and
GREEN DOT BANK,

Defendants.

CASE NO. 3:26-CV-01444-H-VET

**DECLARATION OF BRANDON M. WISE IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

Judge: Hon. Marilyn L. Huff

Date: September 14, 2026
Time: 10:30 a.m.
Place: Courtroom 12A
Judge: Hon. Marilyn L. Huff

**DECLARATION OF BRANDON M. WISE**

I, Brandon M. Wise, declare and state as follows:

1. I am an attorney licensed to practice in the State of Illinois. I have been admitted *pro hac vice* to this Court. I am a member of the law firm Peiffer Wolf Carr Kane Conway & Wise LLP and am an attorney of record for Plaintiff Zachary Bostick ("Plaintiff"). I submit this declaration in support of Plaintiff's Request for Judicial Notice filed concurrently herewith. I am familiar with the events and pleadings in this action, and, if called upon as a witness, could and would testify competently to the matters stated herein of my own personal knowledge.

2. **Exhibit 1**: Attached hereto and incorporated herein is a true and correct copy of Intuit Inc., Annual Report (Form 10-K) for the fiscal year ended July 31, 2024 (filed Sept. 4, 2024), available at: https://www.sec.gov/Archives/edgar/data/896878/000089687824000039/intu-20240731.htm. The filing is publicly available through the SEC's EDGAR database, and its existence and contents are not subject to reasonable dispute. *Cullen v. Ryvyl Inc.*, No. 2024 WL 4536471, at *3 (S.D. Cal. Oct. 21, 2024) ("SEC filings are a matter of public record and therefore are the proper subject of judicial notice."). Plaintiff seeks notice of the filing and the statements it contains, not the truth of any reasonably disputed factual assertion.

3. **Exhibit 2**: Attached hereto and incorporated herein is a true and correct copy of Intuit Inc., Annual Report (Form 10-K) for the fiscal year ended July 31, 2023, (Sept. 1, 2023) available at: https://www.sec.gov/Archives/edgar/data/896878/000089687823000034/intu-20230731.htm. The filing is publicly available through the SEC's EDGAR database, and its existence and contents are not subject to reasonable dispute. *Cullen*, 2024 WL 4536471, at *3. Plaintiff seeks notice of the filing and the statements it contains, not the truth of any reasonably disputed factual assertion.

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 27, 2026 in New Orleans, Louisiana.

*/s/ Brandon M. Wise*
Brandon M. Wise