# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ZACHARY BOSTICK, individually and on behalf of himself and all others similarly situated,

Plaintiff,

v.

INTUIT, INC. d/b/a TURBOTAX, INTUIT TT OFFERINGS, INC., CK PROGRESS, INC. d/b/a CREDIT KARMA LLC, MVB BANK, INC., FIRST CENTURY BANK, N.A., SANTA BARBARA TAX PRODUCTS GROUP, LLC, and GREEN DOT BANK,

Defendants.

Case No.:  3:26-cv-01444-H-VET

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

[Doc. No. 53.]

On July 30, 2026, attorney Sean R. Higgins filed a motion to withdraw as counsel of record for Defendant First Century Bank, N.A. (Doc. No. 53.)  In the motion, Mr. Higgins represents that Defendant will continue to be represented by the law firm K&L Gates.  (Id.)  For good cause shown, the Court grants the motion.  The Court withdraws Mr. Higgins as counsel of record for Defendant First Century Bank, N.A.  The Court instructs the Clerk of Court to update the docket to reflect this withdrawal.

**IT IS SO ORDERED.**

DATED: August 4, 2026

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1

3:26-cv-01444-H-VET