**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZACHARY BOSTICK, individually and on behalf of himself and all others similarly situated,<br>Plaintiff,<br>v.<br>INTUIT, INC. d/b/a TURBOTAX, INTUIT TT OFFERINGS, INC., CK PROGRESS, INC. d/b/a CREDIT KARMA LLC, MVB BANK, INC., FIRST CENTURY BANK, N.A., SANTA BARBARA TAX PRODUCTS GROUP, LLC, and GREEN DOT BANK,<br>Defendants. | Case No.: 3:26-cv-01444-H-VET<br>**ORDER VACATING HEARING**<br>[Doc. Nos. 31, 32, 33, 35.] |

On May 15, 2026, Defendants Intuit, Inc. ("TurboTax"), Intuit TT Offerings, Inc., CK Progress, Inc. ("Credit Karma"), First Century Bank, N.A. ("FCB"), Green Dot Bank ("Green Dot"), Santa Barbara Tax Products Group, LLC ("SBTPG"), and MVB Bank, Inc. ("MVB") (collectively, "Defendants") filed four separate motions to dismiss Plaintiff Zachary Bostick's complaint. (Doc. Nos. 31, 32, 33, 35.) The Court set a hearing on Plaintiff's motion for Monday, September 14, 2026 at 10:30 a.m. Pursuant to its discretion

under Local Rule 7.1(d)(1), the Court determines that the motion is fit for resolution without oral argument and submits the motion on the parties' papers. Accordingly, the Court vacates the hearing on the motion.

**IT IS SO ORDERED.**

DATED: September 9, 2026

Marilyn L. Huff

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT